# Order

Michigan Supreme Court
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

145170

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 145170
        COA: 307642
        Emmet CC: 11-003270-AR

JAMES ANDREW WYLIE,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 15, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

h1113